AVRAM D. WHITE ESQ. (AW5020)
WHITE AND CO, ATTORNEYS AND COUNSELLORS LLC
523 PARK AVENUE, SUITE 3
ORANGE, NEW JERSEY 07050
9736690857 | 8884811709 FAX
Email: avram@whiteandcolaw.com
Counsel to the Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MICHAEL ERVIN,<br><br>     DEBTOR. | Case No.: 22-17272-RG<br><br>CERTIFICATION IN SUPPORT OF MOTION TO VACATE ORDER OF DISMISSAL |

Avram D. White, Esq. respectfully says as follows:

1. I serve as counsel to the debtor in the above referenced bankruptcy case.

2. The instant Chapter 13 case was filed on September 14, 2022.

3. The Chapter 13 case was confirmed on March 15, 2023.

4. A condition of confirmation was that a Pre-Confirmation Certification be filed prior to April 5, 2023.

5. The Pre-Confirmation Certification was not executed prior to that date and counsel to the debtor did not file an application to the Court to modify the confirmation order and the aforementioned deadline. As a result, the Chapter 13 case was dismissed on April 8, 2023.

CERTIFICATION IN SUPPORT OF MOTION TO VACATE ORDER OF DISMISSAL - 1

6. The Pre-Confirmation Certification has now been filed and there is a change in circumstances wherein the reasons for the dismissal no longer exist.

7. The debtor is easily able to prosecute his Chapter 13 case going forward.

8. The debtor was current prior to the dismissal with his trustee payments.

9. The debtor needs this case to continue to complete a financial reorganization.

10. For each of the foregoing reasons, it is respectfully requested that the Court enter the accompanying Order vacating the dismissal of this case.

11. I certify the facts set forth in this Certification are true. I understand if this certification contains willfully false statements, I am subject to punishment.

May 10, 2023                                         /s/ Avram D. White
                                                              Attorney Name