| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| |
| In Re: |

Order Filed on June 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____

Chapter: _____

Judge: _____

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

❑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

❑ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED (Other):

**1.** The Debtor shall file a modified plan within 7 days of the entry of this Order which surrenders the property located at 1100 Passaic Avenue, Linden, New Jersey 07036 or the case will be dismissed with no further notice to the Debtor.
**2.** The Debtor will be current with Trustee payments by Friday June 9, 2023, or the case will be dismissed with no further notice to the Debtor.
**3.** The Debtor will file and Amended J by Friday June 9, 2023, or the case will be dismissed with no further notice to the Debtor.
**4.** The Debtor will file a Motion to Participate in Loss Mitigation within 7 days of the entry of this Order or the case will be dismissed with no further notice to the Debtor.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.4/28/2021*